IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILTON ANDERSON, #180 139 | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-60-TMH (WO) |
| STATE OF ALABAMA, *et al.*, | * | |
| Defendants. | * | |

## **ORDER**

On March 14, 2011, the Magistrate Judge issued a Recommendation (Doc. 11) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 11) is ADOPTED;

2. Plaintiff's complaint against Defendants "Alabama Legislative Branch" and "all legislatively created agencies and agents" is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i-iii);

3. Plaintiff's challenge to the validity of his confinement is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. The complaint is DISMISSED prior to service of process.

DONE this 6th day of April, 2011.

                     /s/ Truman M. Hobbs, Sr.
                     SENIOR UNITED STATES DISTRICT JUDGE