IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILTON ANDERSON, #180 139 | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-60-TMH (WO) |
| STATE OF ALABAMA, *et al.*, | * | |
| Defendants. | * | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this 6th day of April, 2011.

*Truman M. Hobbs, Jr.*
SENIOR UNITED STATES DISTRICT JUDGE